UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JODERRICK GOLDEN, | ) CASE NO. 1:18CV636 |
| Plaintiff, | ) JUDGE JOHN R. ADAMS |
| -vs- | ) |
| | ) <u>MEMORANDUM OF OPINION</u> |
| COMMISSIONER OF SOCIAL SECURITY, | ) <u>AND ORDER</u> |
| Defendant. | ) |

On December 12, 2018, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 14) recommending that the Court AFFIRM the Commissioner's decision.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service. No objections have been filed in this matter. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The decision of the Commissioner is hereby AFFIRMED.

IT IS SO ORDERED.

Dated: <u>February 1, 2019</u>  */s/ John R. Adams*
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE